IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JENNIFER GREGG UPCHURCH**  PLAINTIFF

**V.**  NO. 4:20-CV-97-DMB-RP

**ANDREW SAUL,**
**Commissioner of Social Security**  DEFENDANT

**ORDER**

On March 17, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") in this appeal from an unfavorable decision of the Commissioner of Social Security. Doc. #29. The R&R recommends that the decision be affirmed. *Id*. at 6. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (internal citations omitted) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [29] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 16th day of April, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**